RECEIVED
FEB 09 2017
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Paul Edward Hamilton and Lisa Louis Hamilton-Clark,

        Plaintiffs,

v.

Walker Methodist Foundation
(Non-Profit Organization)
3737 Bryant Avenue South
Minneapolis, MN. 55409

Walker Methodist Health Center
(Assisted Living Facility)
3737 Bryant Avenue South
Minneapolis, MN. 55409

        Defendants,

Case No. 17cv431 DWF/TNL

Judge: _____

**COMPLAINT**

COMPLAINT FOR NEGLIGENCE, NEGLIGENT SUPERVISION, FAILURE TO MAINTAIN AN ENVIRONMENT REASONABLY SAFE AND FREE OF HAZARDS, NEGLIGENT HIRING, FAILURE TO MAINTAIN ADEQUATE HEALTH AND SAFTEY POLICIES, NEGLIGENT SUPERVISION, FAILURE TO PROVIDE TIMELY AND ADEQUATE MEDICAL ASSISTANCE AND TREATMENT, FAILURE TO PROVIDE ADEQUATE SUPERVISION AND ASSISTANCE DEVICES TO PREVENT ACCIDENTS, RECLESS ENDANGERMENT AND MEDICAL MALPRACTICE.

### JURISDICTION

1. The Plaintiffs bring their complaint under Federal Regulation 42 CFR sec. 483.25 (h).


SCANNED
FEB 09 2017
U.S. DISTRICT COURT MPLS

- The Residents environment remains as free of accidents and other hazards as much as possible.

- And each resident receives adequate supervision and assistance devices to prevent accidents, or other harm. We believe Walker Methodist failed to meet these legally required standards.

8. Wherefore the plaintiff demands judgment against both Walker Methodist Foundation and Walker Methodist Health Center and Assisted Living Facility in the sum of One-Million Dollars, Legal Fees, Court Costs and the Tax-Liability on any Disbursements paid to the Plaintiffs.

_____
Paul Edward Hamilton
(Plaintiff)

[Notary Seal: CORY P. KOPE, Notary Public-Minnesota, My Commission Expires Jan 31, 2019]

STATE OF MINNESOTA
County of Hennepin

This instrument was acknowledged before me on 3rd February of 20 17
By Paul Edward Hamilton.

_____
(Signature of Notary Official)

Lead Representative
(Title (and Rank))

My Commission Expires:
01/31/2019

Demand For Jury Trial

YES  X    NO  ___