
RECEIVED
MAR 13 2017
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Paul Edward Hamilton
Lisa Louise Hamilton-Clark
_____
Plaintiff(s),

vs.

Walker Methodist Health
Center and Walker
Methodist Foundation
_____
Defendant(s).

Case No. 17-CV-0431 (DWF/TNL)

## MOTION TO/FOR

Voluntary Dismissal
(Provide basis for Motion)

The following party/parties (insert the names of all parties who are filing the Motion): Paul Edward Hamilton AND Lisa Louise Hamilton-Clark in the above-named case hereby move(s) the United States District Court, District of Minnesota for an Order to: (state what you want the Court to order)

Dismiss the case

**because:**

SCANNED
MAR 14 2017
U.S. DISTRICT COURT MPLS

(In numbered paragraphs, **briefly** list main reasons the Motion should be granted. Attach additional sheets of paper if necessary; more detail must be provided in a Memorandum of Law accompanying the Motion.)

1. Concerns about Private Right of Action.

2. Concerns about Proper Legal Venue We would like to pursue or claims in State Court verses Federal Court

Said Motion is based upon the attached Memorandum of Law, _____

_____ (identify all other supporting documents that are being submitted with the Motion, if any) and all of the files, records, and proceedings herein.

Signed this 9th day of March, 2017.

Signature of Party: Paul Edward Hansmeier
Mailing Address: 2220 E. Franklin Ave
APT #120
Minneapolis, MN. 55404
Telephone Number: 612-597-2768

Note: All parties filing the Motion must date and sign the Motion and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary. The Motion must be served on each party, together with the Notice of Hearing, the Memorandum of Law and other accompanying documents, if any.

(In numbered paragraphs, **briefly** list main reasons the Motion should be granted. Attach additional sheets of paper if necessary; more detail must be provided in a Memorandum of Law accompanying the Motion.)

1. N/A

2. N/A

Said Motion is based upon the attached Memorandum of Law, _____ _____ (identify all other supporting documents that are being submitted with the Motion, if any) and all of the files, records, and proceedings herein.

Signed this 11 day of March, 2017

Signature of Party: Lisi Hanff-Clat

Mailing Address: 1424 S. Portland Ave
Gilbert AZ 85296

Telephone Number: 602-301-2338

Note: All parties filing the Motion must date and sign the Motion and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary. The Motion must be served on each party, together with the Notice of Hearing, the Memorandum of Law and other accompanying documents, if any.

2