## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Paul Edward Hamilton and<br>Lisa Louis Hamilton-Clark,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Walker Methodist Foundation,<br>Non-Profit Organization; and<br>Walker Methodist Health Center,<br>Assisted Living Facility,<br><br>　　　　　Defendants. | Civil No. 17-431 (DWF/TNL)<br><br><br><br>**ORDER FOR DISMISSAL<br>WITHOUT PREJUDICE** |

　Based upon the Plaintiffs' Motion for Voluntary Dismissal filed on March 13, 2017, (Doc. No. [5]),

　**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

Dated:  March 14, 2017　　　　　　　s/Donovan W. Frank
　　　　　　　　　　　　　　　　　　DONOVAN W. FRANK
　　　　　　　　　　　　　　　　　　United States District Judge